# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JEBRELLE WRIGHT,

    Petitioner,    :    Case No. 1:11-cv-105

                              :    District Judge Michael R. Barrett
   -vs-                                Magistrate Judge Michael R. Merz

WARDEN, Warren Correctional Institution,
                              :

    Respondent.

## TRANSFER ORDER

With the consent of both of them, the reference in the above-captioned case is transferred from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

February 21, 2012.

                                                              s/ **Michael R. Merz**
                                                              United States Magistrate Judge

J:\Documents\Wright Habeas.wpd